# Court of Appeals
# of the State of Georgia

ATLANTA,   September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1966. CEDRIC B. PICKARD v. THE STATE.**

A jury found Cedric B. Pickard guilty of kidnapping and two counts of aggravated child molestation, and his convictions were affirmed on appeal.[1] See *Pickard v. State*, 257 Ga. App. 642 (572 SE2d 660) (2002). Following the denial of what appears to be Pickard's fourth extraordinary motion for new trial, Pickard filed a motion to set aside the denial order, arguing he was not given timely notice of the trial court's ruling and thus was unable to appeal. The trial court denied the motion, and Pickard filed a notice of appeal from this ruling. We lack jurisdiction.

When a trial court fails to provide an order to an aggrieved party in a timely manner, that party may file a motion to set aside the order so that it may be reentered, thus restarting the time for filing an appeal. See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148 (1) (269 SE2d 426) (1980). Such a motion is authorized by OCGA § 9-11-60 (g).  See id; *Crawford v. Kroger Co.*, 183 Ga. App. 836 (360 SE2d 274) (1987). Ordinarily, a party may appeal directly the denial of a motion to set aside under *Cambron*. However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467-468 (448 SE2d 192) (1994). Because the underlying issue involved the denial of an extraordinary motion for new trial, Pickard was required to follow the discretionary appeal procedures to obtain appellate review. See OCGA § 5-6-35 (a) (7); *Rebich*, supra. He failed to do so.

---

[1] Since that time, Pickard has filed multiple actions in this Court. See Case Numbers A07A2097; A08D0261; A11A0091; A11D0246; A14D0371; and A16A1424.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   09/07/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*